Keith Miller
**ROBINSON, WETTRE & MILLER LLC**
One Newark Center
19th Floor
Newark, NJ 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2760
Kmiller@rwmlegal.com

Robert T. Szyba
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018
Phone: 212-218-5500
Fax: 917-344-1174
rszyba@seyfarth.com

Pamela Q. Devata (*Pro Hac Vice*)
**SEYFARTH SHAW LLP**
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
Phone: (312) 460-5000
Fax: (312) 460-7000
pdevata@seyfarth.com

*Attorneys for Defendant*
*Michaels Stores, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINA GRAHAM, individually and as a representative of the classes,<br><br>Plaintiff,<br><br>v.<br><br>MICHAELS STORES, INC.,<br><br>Defendant. | Civil Action No. 2:14-cv-7563-KM-SCM<br><br>MOTION DATE: MARCH 2, 2015<br><br>[ORAL ARGUMENT REQUESTED]<br><br>**NOTICE OF MOTION OF<br>DEFENDANT'S MOTION TO<br>DISMISS PLAINTIFF'S COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Defendant's Memorandum of

Law in Support of Its Motion to Dismiss Plaintiff's Complaint; Declaration of Doug Marker,

with Exhibits A through C; Certification of Robert T. Szyba, Esq., with Exhibit 1; Compendium

of Unreported Cases; and the Proposed Order Granting Defendant's Motion to Dismiss Plaintiff's Complaint, and upon all prior pleadings and proceedings herein, Defendant, Michaels Stores, Inc. ("Michaels" or "Defendant"), by and through its attorneys Seyfarth Shaw LLP and Robinson, Wettre & Miller LLC, will move this Court, pursuant to Federal Rule Civil Procedure 12(b), on March 2, 2015, at a time to be determined by the Court, before the Honorable Kevin McNulty, U.S.D.J, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order dismissing Plaintiff's Complaint, with prejudice.

DATED: January 30, 2015 Respectfully submitted,

By: */s/ Robert T. Szyba*
    Robert T. Szyba
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Pamela Q. Devata (*pro hac vice*)
**SEYFARTH SHAW LLP**
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Keith J. Miller
**ROBINSON, WETTRE & MILLER LLC**
One Newark Center
19th Floor
Newark, NJ 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2760
Kmiller@rwmlegal.com

*Attorneys for Defendant*
*Michaels Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2015, I caused the electronic submission of the foregoing DEFENDANT'S BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT; DECLARATION OF DOUG MARKER, WITH EXHIBITS A THROUGH C; CERTIFICATION OF ROBERT T. SZYBA, ESQ., WITH EXHIBIT 1; AND COMPENDIUM OF UNREPORTED DECISIONS CITED IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following counsel of record for Plaintiff Christina Graham:

>   Patricia A. Barasch, Esq.
>   Schall & Barasch, LLC
>   Moorestown Office Center
>   110 Marter Avenue, Suite 302
>   Moorestown, New Jersey 08057
>   Email: pbarasch@schallandbarasch.com
>
>   E. Michelle Drake
>   Joseph C. Hashmall
>   Nichols Kaster, PLLP
>   4600 IDS Center
>   80 South 8th Street
>   Minneapolis, Minnesota 55402
>   Email: drake@nka.com
>          jhashmall@nka.com
>
>   Jeffrey M. Gottlieb
>   Dana L. Gottlieb
>   Gottlieb & Associates
>   150 East 18th Street, Suite PHR
>   New York, New York 10003
>   Email: nyjg@aol.com
>          danalgottlieb@aol.com

                                    *s/Robert T. Szyba*
                                    Robert T. Szyba